IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
                           Plaintiff, )
                                     )
vs. ) Case No. 04-40093-02-RDR
                                     )
LAWRENCE CORDELL WASHINGTON, )
                           Defendant. )
_____)

## ORDER FOR CONTINUANCE

**NOW** on this 8th day of December, 2010, the above-entitled matter comes before the Court on the motion of counsel for the defendant for an order continuing the final revocation hearing currently scheduled on December 13, 2010, until the conclusion of Case No. 10-20076-11-KHV. The Court, after reviewing the motion and being fully advised in the premises, finds that there exists good cause for continuing the final revocation hearing, and that the motion should therefore be sustained.

      **IT IS THEREFORE ORDERED** that the final revocation hearing be continued. The final revocation hearing is hereby rescheduled to February 18, 2011 at 10:30 a.m.

                                                s/Richard D. Rogers
                                                United States District Judge