## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>vs. )<br>LAWRENCE CORDELL WASHINGTON )<br>　　　　　Defendant. ) | Case No. 5: 04-40093-02-RDR |

### ORDER FOR CONTINUANCE

NOW on this 15th day of February, 2011, the above-entitled matter comes before the Court on the motion of counsel for the defendant for an order continuing the final revocation hearing currently scheduled on February 18, 2011. The Court, after reviewing the motion and being fully advised in the premises, finds that there exists good cause for continuing the final revocation hearing, and that the motion should therefore be sustained.

　　　　IT IS THEREFORE ORDERED that the final revocation hearing be continued.

The final revocation hearing is hereby rescheduled to the 18th day of March, 2011 at 10:30 a.m.

　　　　　　　　　　　　　　　　s/Richard D. Rogers
　　　　　　　　　　　　　　　　United States District Judge