## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 5: 04-40093-02-RDR |
| LAWRENCE CORDELL WASHINGTON | ) | |
| Defendant. | ) | |

## ORDER FOR CONTINUANCE

NOW on this 14th day of March, 2011, the above-entitled matter comes before the Court on the motion of counsel for the defendant for an order continuing the final revocation hearing currently scheduled on March 18, 2011. The Court, after reviewing the motion and being fully advised in the premises, finds that there exists good cause for continuing the final revocation hearing, and that the motion should therefore be sustained.

IT IS THEREFORE ORDERED that the final revocation hearing be continued.

The final revocation hearing is hereby rescheduled to the 6th day of May, 2011 at 10:00 a.m.

s/Richard D. Rogers
United States District Judge